# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:09-cv-00725-PAM-JSM

| | |
|---|---|
| Amanda Palmer,<br><br>   Plaintiff,<br><br>v.<br><br>Como Law Firm, P.A. and Wes Ittel,<br><br>   Defendants. | **ORDER OF DISMISSAL<br>WITH PREJUDICE** |

## ORDER

Based on the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE filed by Plaintiff herein, this Court hereby orders that the Plaintiffs' Complaint against these Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   May 12, 2009           s/Paul A. Magnuson
                **Paul A. Magnuson, Judge**
                United States District Court